1  NICHOLAS DE PENTO
   Attorney at Law
2  State Bar No. 47672
   444 West "C" Street
3  Suite 120
   San Diego, California 92101
4  Telephone (619) 236-1151
   Fax (619) 236-1389
5
   Attorney for Defendant
6  MANUEL OMAR GARCIA-CERVANTES

FILED

2006 OCT 26  AM 9:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL OMAR GARCIA-CERVANTES,<br><br>　　　　Defendant, | Case No. 06-CR0590 H<br><br>**SUBSTITUTION OF ATTORNEY** |

I, Manuel Omar Garcia-Cervantes, Defendant, hereby substitute Nicholas De Pento Attorney, in place of my appointed Attorney Defender Kenneth R. Mc Mullan.

Dated: 10-3-06

　　　　　　　　　　　　　　　　　　　Manuel Omar Garcia-Cervantes

I, Nicholas De Pento, Attorney accept.

Dated: 10-3-06

　　　　　　　　　　　　　　　　　　　Nicholas De Pento

I, Kenneth R. Mc Mullan, Attorney agree.

Dated: 6 OCT '06

　　　　　　　　　　　　　　　　　　　Kenneth R. Mc Mullan

IT IS SO ORDERED

Dated: 10-25-06

　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

SUBSTITUTION OF ATTORNEY　　　　　1